UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAMUEL LOVE,

               Plaintiff,

    v.

CONCORD HOTEL LLC,

               Defendant.

21-cv-00933-VC

**JUDGMENT**

       Pursuant to the Court's prior order, this case is dismissed with prejudice. *See* Dkt. No. 34. Judgment is now entered in favor of the defendant and against the plaintiff. The Clerk of Court is directed to close the case.

       **IT IS SO ORDERED.**

Dated:  August 3, 2021

_____

VINCE CHHABRIA
United States District Judge